Erik P. Weiss – Bar No. 241453
(eweiss@mpbf.com)
Dina M. Zagari – Bar No. 278627
(dzagari@mpbf.com)
**MURPHY, PEARSON, BRADLEY & FEENEY, P.C.**
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel: (415) 788-1900
Fax: (415) 393-8087

Attorneys for Petitioner
**JACK BLACK, L.L.C.**

FILED
2015 OCT -7 P 3: 40
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

EDL

CV15 80251 MISC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MISC. ACTION NO.:

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO FACEBOOK, INC. | JACK BLACK, L.L.C.'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS |

Petitioner, Jack Black, L.L.C., through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena on Facebook, Inc. ("Facebook") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as **Exhibit A**.

Section 512(h) of the DMCA provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). The DMCA Subpoena is directed to Facebook, the service provider of a site to which the infringing party posted content which infringes copyright rights held by Jack Black, L.L.C.

JACK BLACK, L.L.C.'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INFRINGERS

For a subpoena to be issued, Section 512(h) requires that a copyright owner file the following with the Clerk:

(1) A proposed subpoena;

(2) A copy of the notification required by Section 512(c)(3)(A); and

(3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Jack Black, L.L.C. has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h)(1). Specifically, Jack Black, L.L.C. has submitted: (1) the proposed DMCA Subpoena, (2) Jack Black, L.L.C.'s notification pursuant to Section 512(c)(3)(A), attached hereto as **Exhibit B**, and (3) the sworn declaration of Erik P. Weiss, submitted concurrently herewith.

Because Jack Black, L.L.C. has complied with the requirements of the statute, Jack Black, L.L.C. respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to Jack Black, L.L.C. (c/o undersigned counsel) for service on the subpoena recipient.

Dated: October 7, 2015

**MURPHY, PEARSON, BRADLEY & FEENEY, P.C.**

By _____
Erik P. Weiss
Dina M. Zagari
Attorneys for
Jack Black, L.L.C.

DMZ.20980120.doc

CERTIFICATE OF SERVICE

I, Karen A. Hurtado declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On October 7, 2015, I served the following document(s) on the parties in the within action:

**JACK BLACK, LLC'S REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h), TO IDENTIFY ALLEGED INGRINGERS**

| XXX | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|---|---|

Facebook, Inc.
1601 Willow Road
Menlo Park, CA 94025

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 7, 2015.

By _____
Karen A. Hurtado