# EXHIBIT A

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

In Re DMCA Subpoena to Facebook, Inc.
_____
         *Plaintiff*
         v.
_____
         *Defendant*

)
)
)
)   Civil Action No.
)
)
)

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, Facebook, Inc. c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

*(Name of person to whom this subpoena is directed)*

[X] *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachment 1.

| Place: Murphy Pearson Bradley & Feeney P.C. 88 Kearny St., 10th Floor San Francisco, CA 94108 | Date and Time: 10/30/15 at 10:00am |
|---|---|

[ ] *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

      *CLERK OF COURT*
                            OR

_____      _____
*Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Jack Black, L.L.C._____, who issues or requests this subpoena, are:
Erik P. Weiss, Esq.; Dina M. Zagari, Esq.; MURPHY, PEARSON, BRADLEY & FEENEY P.C.
88 Kearny Street, 10th Floor, San Francisco, CA 94108, Tel: (415) 788-1900

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO-88B

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

## Attachment 1 to Subpoena to Produce Documents
## In Re DMCA Subpoena to Facebook, Inc.

### DEFINITIONS

1. **"IDENTIFY"** shall mean the following: (1) when used in reference to a natural person or individual, means to state each person's full name, address, e-mail address and phone number; and (2) when used in reference to a business, firm, partnership, joint venture, company or corporation, or any other entity, means to state, to the extent known, its full name and address of its principal place of business, firm, partnership, joint venture, and its state of registration or incorporation, and its principal activities or products.

2. **"DMCA NOTICE"** means the September 18, 2015 Notice of Infringement, False Advertising and Unfair Competition letter – related to Jack Black skincare products, sent on behalf of Jack Black, L.L.C, and Facebook's response by e-mail, dated September 18, 2015 at 3:56 pm. A true and correct copy is attached hereto as **Exhibit A.**

3. **"FACEBOOK"** means Facebook, Inc., a corporation, its agents, employees, predecessors, investigators, representatives, including, but not limited to attorneys, subsidiaries, partners, or anyone else acting or purporting to act on its behalf.

### DOCUMENTS TO BE PRODUCED

1. All information sufficient to IDENTIFY the infringer(s) of the material described in the DMCA NOTICE to the extent such information is available to FACEBOOK, including without limitation all account information, name(s), address(es), telephone number(s), and electronic mail address(es), from the time the account was established to the present, any additional identifying information provided to FACEBOOK for billing and or administrative purposes, and any logs of Internet Protocol addresses used to access the subject accounts from the time the account was established to the present.