# Exhibit A



September 18, 2015

VIA EMAIL: ip@fb.com

**VIA CERTIFIED MAIL,
RETURN RECEIPT REQUESTED,
AND U.S. FIRST CLASS MAIL**
Facebook, Inc.
Attn: Facebook Designated Agent
1601 Willow Road
Menlo Park, California 94025

Re: Notice of Infringement, False Advertising and Unfair Competition – Related to Jack Black Skin Care Products

Dear Sir or Madam:

Please be advised that this firm represents Jack Black, L.L.C., owner of various trademark registrations, including the mark JACK BLACK®, for prestige men's skin care products.

It has recently come to our attention that infringing material related to our client has been posted on Facebook, namely, various advertisements that appear to be sponsored by Jack Black, but are completely unrelated to – and not authorized by – Jack Black. The ads feature images of Jack Black personal care products (which infringes Jack Black's copyrights in the photos) and the following text: "We need your input... instant.ly Take this simple 2 min survey to help us improve and you could win a free shopping spree." (See enclosed screenshots for examples.) The ad links to http://www.instant.ly/s/sJUpu/nav#p/30d40, and the people who posted this ad are capturing emails and other personal information with the promise of a gift card/giveaway for completing the survey.

The ads as posted on Facebook appear to emanate from and be sponsored by Jack Black, as no third party name is included in the ad or in the survey. Jack Black has absolutely nothing to do with these ads and did not authorize these ads to be posted on Facebook or elsewhere, nor does Jack Black have anything to do with the survey associated with the ads, the gift card and raffle, or otherwise.



As you can imagine, our client is extremely concerned that customers are sharing input thinking that Jack Black is requesting and receiving it, when that is not the case. Our client is also concerned that the survey participants are being promised a gift which might never actually show up, hurting Jack Black's reputation and its ability to gather information from its customers in the future.

These actions constitute trademark and copyright infringement as well as false advertising and unfair competition in violation of various federal and state laws.

Therefore, we must demand that these ads be removed from Facebook *immediately*. Additionally, please provide us with the name and contact information for the individual or entity that authorized and submitted the ads at issue. Please also provide us with information about when these ads started to run, how long they were supposed to run, how many impressions were made, how many ads were utilized, and any additional information you have regarding these ads.

**Digital Millennium Copyright Act Takedown Notice**

1. The copyrighted works at issue are ads featuring Jack Black personal care products. Because these are rotating ads served to targeted groups on Facebook, we are unable to provide a link to the ads. However, screenshots of samples of these ads are attached.

2. Please contact me at your earliest possible opportunity to discuss the matter further and to confirm that the material has been removed from Facebook:

> Danica L. Mathes, Esq.
> Bell Nunnally & Martin LLP
> 3232 McKinney Avenue, Suite 1400
> Dallas, Texas 75204
> 214.740.1474
> dmathesbellnunnally.com

3. We have a good faith belief that use of the copyrighted material described above on the allegedly infringing web pages is not authorized by the copyright owner, its agent, or the law.

4. I swear, under penalty of perjury, that the information in the notification is accurate and that I am the copyright owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Therefore, we request, without prejudice to any other remedies that may be available, that you immediately remove the infringing material from Facebook.

This letter should not be construed as a full recitation of facts as supporting our client's position and nothing contained herein is intended to or does constitute a waiver

 **BELL**NUNNALLY

of any right, remedy or position of our client, each and all of which are expressly reserved.

We look forward to your prompt response.

Very truly yours,

Danica L. Mathes

Enclosures





REDACTED

## How did you first hear about Jack Black products?

- ○ It was purchased for me as a gift.
- ○ Read about it online or in a magazine.
- ○ Saw an advertisement.
- ○ Discovered it on the shelf at a department store or other physical retail location.
- ○ Heard about it from a friend.

## Who are the Jack Black products you've purchased to date most often intended for?

- ○ Someone else as a one time gift.
- ○ Myself.
- ○ Someone else for whom I regularly handle the shopping.

## How often do you purchase Jack Black Products?

- ○ Once - This is my first ever purchase.
- ○ Two or more times - I purchase periodically (either as a gift or for myself).
- ○ Often - As soon as I run out of my favorite Jack Black products I'm sure to purchase more.

## Which categories of Jack Black products do you plan on purchasing

today or have you purchased in the past? (Select all that apply)

- [ ] Skin care
- [ ] Deoderant
- [ ] Toothpaste / Mouth Care
- [ ] General wash / Soap
- [ ] Hair care / Conditioners / Styling products
- [ ] Shave products

Which attribute do you find most attractive about Jack Black Products as compared to other brands?

- ( ) The fragrance.
- ( ) Deeper clean backed by nature and science.
- ( ) All Natural / better for me.
- ( ) They look handsome in and around my bath.
- ( ) Smoother shave - premium performance.
- ( ) Premium ingredients.
- ( ) Giftable - it's hard to find a good man gift.



Report Inappropriate Content

## Next, some simple demographics stuff; What is your gender?

○ Female.

○ Male.

## Age?

○ 18 - 24

○ 25 - 29

○ 30 - 34

○ 35 - 39

○ 40 - 44

○ 45 - 50

○ 51+

## Relationship status?

○ Married.

○ Single.

○ In a long term relationship.

Survey

Personal income level?

- ( ) $50,000 or less.
- ( ) $50,001 - $100,000.
- ( ) $100,001 - $150,000.
- ( ) $150,001 - $200,000.
- ( ) $200,000+.

What is your zip code?

[                                          ]

Thank you for your time, what is the best email address to reach you at for the gift card and/or in the event you win the raffle?

[                                          ]

Lastly, if we have additional questions we think could help improve our product or experience - or would like to send you new products we're working on - may we contact you again?

- ( ) Feel free, I'm happy to help.
- ( ) I'd rather you didn't.



urvey



Report Inappropriate Content

Dina Zagari

**From:** Facebook <ip+pepdoxx.aeavu3vz7cqki@support.facebook.com>
**Sent:** Friday, September 18, 2015 3:56 PM
**To:** Danica Mathes
**Subject:** Re: DMCA Takedown Notice - Immediate Action Required

Hi,

Thanks for contacting Facebook. It appears that the ad you've reported has already been removed from distribution on Facebook, which we understand to resolve this report.

You can find more information about ads, including how to report additional ads, in the Help Center:

https://www.facebook.com/help/258317347704209

If you have any additional questions, please visit the Intellectual Property section of our Help Center:

https://www.facebook.com/help/intellectual_property

With respect to your request for information, please note that we are unable to provide assistance with regards to the disclosure of user information through this channel. If you need information please visit:

https://www.facebook.com/help/473784375984502

Thanks,

Gilberto
Intellectual Property Operations
Facebook

-----Original Message-----
From: Danica Mathes (dmathes@bellnunnally.com)
To: Facebook
Subject: DMCA Takedown Notice - Immediate Action Required

Dear Sir or Madam:

Please see the attached correspondence regarding the above-referenced matter. Please remove the infringing material by 5pm PST today.

Sincerely,
Danica Mathes

1